# MINUTE ORDER

Page 2

## Magistrate Judge Chris M. McAliley

**Atkins Building Courthouse - 6th Floor**          Date: 9/20/2019   Time: 1:30 p.m.

Defendant: 2) BERTA LEON          J#: 20529-104   Case #: 19-20573-CR-UNGARO SEALED

AUSA: _Timothy Abraham_   ~~Released~~   Attorney: _Larry McMillion_

Violation: CONSP/RECEIVE HEALTHCARE KICKBACKS/RECEIPT OF
KICKBACKS IN CONNECTION TO FEDERAL HEALTH CARE
PROGRAM          Surr/Arrest Date: 9/20/2019   YOB: 1950

Proceeding: Initial Appearance          CJA Appt: _____

(Bond)/PTD Held: ⊂ Yes  ☒ No   Recommended Bond: _____

Bond Set at: _____          Co-signed by: _____

☒ Surrender and/or do not obtain passports/travel docs          Language: Spanish

☒ Report to PTS as directed/or _____ x's a week/month by
phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial
Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☒ No contact with victims/witnesses, except through counsel

☐ No firearms

☒ Not to encumber property

☒ May not visit transportation establishments

☒ Home Confinement/Electronic Monitoring and/or
Curfew __8__ pm to __8__ am, paid by _dept_

☐ Allowances: Medical needs, court appearances, attorney visits,
religious, employment _No empl in_
_health care field_

☐ Travel extended to: _____

☒ Other: _Reside adchess on Bond._

**Disposition:**
D advised
(agreed)
$150,000 PSB-1
co-signer,

No Employment
Health care

Landline w/in
1 week del.

Case insealed

Time from today to _____ excluded
from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | 9/27/19 | 10 Am | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | 9/27/19 | 10 Am | | |
| Status Conference RE: | | | | |

D.A.R. _13.33.17_          Time in Court: _10_

s/Chris M. McAliley          Magistrate Judge