UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cr-20573-UU

UNITED STATES OF AMERICA,

    Plaintiff,
v.

BERTA LEON,

    Defendant.
_____

**ORDER ON DEFENDANT BERTA LEON'S**
**UNOPPOSED FOURTH MOTION FOR EXTENSION OF TIME TO SURRENDER**

**THIS CAUSE** came before the Court on the Defendant BERTA LEON'S Unopposed Fourth Motion for Extension of Time to Surrender [DE   ]; and the Court having reviewed said Motion and being otherwise fully advised in the premises, it is upon consideration,

**ORDERED AND ADJUDGED** that the motion is: _____

_____

_____

_____ .

**DONE AND ORDERED** in Chambers at the United States District Courthouse at Miami-Dade County, Florida, on this _____ day of _____, 2020/2021.

                                              **HON. URSULA UNGARO**
                                              United States District Judge

Copies to Counsel of Record.